Entered: July 6th, 2022
Signed: July 6th, 2022

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### (Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**KEMPES JEAN and**<br>**LORI LEE JEAN**<br><br>Debtors. | Case No.   20-10883-LSS<br>Chapter 7 |
| **JOHN P. FITZGERALD, III**<br><br>Plaintiff,<br><br>v.<br><br>**KEMPES JEAN and**<br>**LORI LEE JEAN**<br><br>Defendants. | Adversary No.: 21-00106-LSS |

**STIPULATION AND CONSENT TO REVOKE DISCHARGE AND
WAIVER OF DISCHARGE AS TO KEMPES JEAN AND DISMISSAL
OF COMPLAINT TO REVOKE DISCHARGE AS TO LORI LEE JEAN**

John P. Fitzgerald, III, Acting United States Trustee for Region 4 ("United States

Trustee"), Plaintiff, and Kempes and Lori Lee Jean, Defendants, by counsel, hereby enter into

this Stipulation and Consent Order:



WHEREAS, on January 22, 2020, the Defendants filed a voluntary petition under chapter 7 of the Bankruptcy Code, Case No. 20-10883-LSS ("Main Case") [Main Case, Dkt. No. 1];

WHEREAS, the Defendants were granted a discharge under 11 U.S.C. § 727 on July 14, 2020 [Main Case, Dkt. No. 53];

WHEREAS, on May 10, 2021, the United States Trustee filed a Complaint to Revoke Discharge, initiating adversary proceeding 21-00106-LSS ("Adversary Case") [Adv. Case, Dkt. 1];

WHEREAS, on September 29, 2021, the Defendants filed an Answer to the Complaint to Revoke Discharge [Adv. Case, Dkt. 22]; and

WHEREAS, the parties have agreed to consensually resolve the Adversary Case.

NOW, THEREFORE, it is stipulated and agreed by and between the parties, and it is hereby ORDERED, ADJUDGED and DECREED by this Court that:

1.  The recitals set forth above form an integral and substantive part of this Stipulation and Consent Order and are incorporated herein;

2.  The discharge granted on July 14, 2020, pursuant to 11 U.S.C. § 727 is hereby REVOKED as to Kempes Jean;

3.  Kempes Jean's Consent to Revocation of Discharge and Waiver of Discharge be and hereby is APPROVED;

4.  Kempes Jean shall not receive a discharge of debts pursuant to 11 U.S.C. § 727(a)(10);

5.  All creditors of Kempes Jean shall be notified of the termination of the automatic stay as to acts against Kempes Jean, individually, and nothing herein effects the automatic stay as to acts against property of the estate; and



2

6.    The Complaint to Revoke Discharge as to Lori Lee Jean be and hereby is

DISMISSED.


I ASK FOR THIS:

_____
Kempes Jean


_____
Lori Lee Jean


CONSENTED TO:


*/s/ Lisa Yonka Stevens*
Lisa Yonka Stevens, Bar No. 27728
Trial Attorney
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
(301) 344-6216
Lisa.Y.Stevens@usdoj.gov


Counsel to John P. Fitzgerald, III
Acting United States Trustee for Region 4

*/s/ John D. Burns*
John D. Burns, Bar No. 22777
The Burns Law Firm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, Maryland 20770
(301)441-8780
info@burnsbankruptcyfirm.com

Counsel to Kempes and Lori Lee Jean


I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation and consent order.


*/s/ Lisa Yonka Stevens*
Lisa Yonka Stevens


cc:
John D. Burns:   info@burnsbankruptcyfirm.com, burnslaw3@gmail.com; burnslaw6@gmail.com;notices@nextchapterbk.com;pacerecfemails@gmail.com;2634@notices. nextchapterbk.com
Alexander V Cranford:   cranford@ewmd.com

William David Day:   day@williamdaylaw.com, victoria@williamdaylaw.com
Ruth O. Katz:   rokatz@lerchearly.com, kdlevy@lerchearly.com; apjessell@lerchearly.com
Shirlie Lake:   lake@ewmd.com
Frank J. Mastro:   fmastro@schlosslaw.com
Daniel J. Pesachowitz:   dpesacho@siwpc.com, rjones@siwpc.com; bkreferrals@siwpc.com;
siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
Gary A. Rosen:   trusteerosen@gmail.com, md40@ecfcbis.com;
grosen@garyrosenchartered.com
Gary A. Rosen:   trusteerosen@gmail.com, md40@ecfcbis.com;
grosen@garyrosenchartered.com; rosengr96483@notify.bestcase.com
Roger Schlossberg:   bkcreditor@schlosslaw.com, jkemmerer@schlosslaw.com
Roger Schlossberg:   trustee@schlosslaw.com, MD20@ecfcbis.com
Pierre George Zalzal:   PZALZAL@PSKFIRM.COM
Lisa Yonka Stevens: lisa.y.stevens@usdoj.gov

And by first-class mail, postage prepaid to all creditors and parties in interest on the Court's
mailing matrix.

**END OF ORDER**



4